**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kenneth Rogulski                                                CHAPTER 13

Debtor(s)

BKY. NO. 23-20810 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association and index
same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
16 May 2023, 15:19:05, EDT

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)       ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com