IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| KAREN ANNE GREEN | ) | Bankruptcy No. 23-20810-JAD |
| KENNETH RICHARD ROGULSKI, | ) | |
| **Debtor(s**) | ) | Chapter 13 |
| | ) | |
| TRUIST BANK, | ) | |
| **Movant** | ) | Related To Document No. 66 and 67 |
| | ) | |
| v. | ) | |
| | ) | **Response Deadline:  10/26/23** |
| KAREN ANNE GREEN | ) | |
| KENNETH RICHARD ROGULSKI, | ) | **Hearing Date:  11/21/23 at 10:00 AM** |
| **Respondent(s)** | ) | |
| | ) | |
| RONDA J. WINNECOUR, | | |
| **Trustee** | | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ

08057, certify that I am more than 18 years of age and that on October 9, 2023 I served by

United States mail, first class, postage prepaid, the Notice Of Hybrid Hearing With Response

Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Karen Anne Green                    Ronda J. Winnecour
Kenneth Richard Rogulski            Chapter 13 Trustee
114 Royalbrooke Drive               Suite 3250, USZ Tower
Venetia, PA 15367                   600 Grant Street
(Debtors)                           Pittsburgh, PA 15219
                                    (Trustee)


Brocton Skeen                       Office of the United States Trustee
The Skeen Firm PLLC                 Liberty Center
6 S. Main St.                       1001 Liberty Avenue, Suite 970
Suite 210                           Pittsburgh, PA 15222
Washington, PA 15301                (U.S. Trustee)
(Attorney For Debtors)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com