**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/16/23 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: Karen Anne Green and Kenneth Richard Rogulski<br><br>Debtor(s). | )<br>) Case No. 23-20810-JAD<br>)<br>) **Chapter 13**<br>)<br>X  Doc. # 71 |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**      ☐ **Chapter 13 Plan dated:**

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**      ☒ **Amended Chapter 13 dated: 3-20-23 (as filed at Doc 64)**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $4155.02 effective 5/2023.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case**: *Only those provisions which are checked below apply to this case:*

    ☒    A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $5,655, beginning 10/23. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☐     B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒     G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
*Woodland Hills SD CL#6
*Braddock Borough CL#7
*Peters Township CL#8
*Peters Township CL#9
*Washington County TCB CL#10

-2-

      \*PA Rev CL#5
      \*Allegheny County CL#13
      \*Truist Bank CL#26
      \*Carvana CL#19

☐     H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

_____

☐     I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☒     J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
      \*Citizens Bank CL#3-2

☒     K.  Additional Terms and Conditions:
     \*With attorney fees based on retainer of $2,000 with remaining fees of $2,000 no look. Provision for $1000 LMP no look is stricken.
     \*With unsecured pool of $448,648.33 at 100%.
     \*The current monthly plan payment is insufficient to fully fund the plan. The deficiency (i.e., that amount needed to fully fund the plan and the amount that would be funded by the current monthly plan payment) to be provided for either by a refinancing or sale of Debtor property that will fund the deficiency in a lump sum or by the filing of an amended plan that will increase plan payment as necessary to meet the plan goal of a 100% plan, one or the other of which must occur by October 12, 2024, unless otherwise ordered. Failure to comply with this requirement shall constitute grounds for dismissal of case.

*\*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

  **A.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

  **B.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

  **C.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

  **D.** **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

  **3.** **Additional Provisions.** The following additional provisions apply in this case:

  **A.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

  **B.** The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

      **C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

      **D.**    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

      **E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

      **F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed *secured claim* (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

      **G.**    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

      **H.**    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: 10/16/2023

                                                                                 jsf
                                                      United States Bankruptcy Judge
                                                      Jeffery A. Deller

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20810-JAD |
| Karen Anne Green | Chapter 13 |
| Kenneth Richard Rogulski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Karen Anne Green, Kenneth Richard Rogulski, 114 Royalbrooke Drive, Venetia, PA 15367-1392 |
| cr | + | Peters Township, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 15591429 | | Alltran Financial, LP for CitiBank, NA, PO Box 722910, Houston, TX 77272-2910 |
| 15601823 | + | Borough of Braddock, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15591438 | | CBCS for St. Clair Hospital, PO Box 2724, Columbus, OH 43216-2724 |
| 15591433 | | Capital Management Services, LP & Credit Cont, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 15591434 | + | Capital One Bank (USA), N.A. c/o Law Offices, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 15591436 | + | Capital One, N.A c/o RATCHFORD LAW GROUP P C, 54 GLENMAURA NATIONAL BLVD, SUITE 104, MOOSIC, PA 18507-2161 |
| 15591447 | | Client Services Inc for JP Morgan Chase Bank,, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-4047 |
| 15591450 | + | Credit Control for JP Morgan Chase Bank, NA, 5757 Phantom Dr., Suite 330, Hazelwood, MO 63042-2429 |
| 15591454 | + | Frederic Weinberg, Esq. for Bank of America, 375 E Elm St., Suite 210, Conshohocken, PA 19428-1973 |
| 15601824 | + | Peters Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15591462 | + | Portfolio Recovery Associates for Synchrony B, 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 15591464 | | Revco Solutions For Spartan Health Surgicente, PO Box 2724, Columbus, OH 43216-2724 |
| 15607018 | + | SUSO 4 NORWIN LP, 20 S. Clark Street, Suite 1400, Chicago, IL 60603-1899 |
| 15591465 | + | Scott & Associates, PC, Portfolio Recovery As, 6 Kacey Ct., Suite 203, Mechanicsburg, PA 17055-9237 |
| 15591468 | + | Suso 4 Norwin LP c/o Hoegen & Associates, 152 South Franklin Street, Wilkes-Barre, PA 18701-3036 |
| 15591469 | + | Suso 4 Norwin, LP, c/o Hoegen & Assoc PC, 152 South Frankin Street, Wilkes Barre, PA 18701-3036 |
| 15591471 | | Syncb/Banana, Orlando, FL |
| 15591478 | | Syncb/Whte, C/O P.O. Box 965036, Orlando, FL 32896-5036 |
| 15602857 | + | Washington County Tax Claim Bureau, 95 West Beau Street Ste. 525, Washington, PA 15301-6837 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2023 05:24:08 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 17 2023 06:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2023 06:38:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Oct 17 2023 06:38:00 | Truist Bank, PO Box 85092, Richmond, VA 23285-5092 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 17 2023 06:38:00 | Woodland Hills School District, c/o Jeffrey R. |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15591431 | | Email/Text: bankruptcy@bbandt.com | Oct 17 2023 06:38:00 | Bb&T, Po Box 1847, Wilson, NC 27894 |
| 15591430 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 17 2023 06:38:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15591432 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 17 2023 06:39:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 15591439 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 04:57:54 | Cbna, 50 Nw Point Blvd, Elk Grove Village, IL 60007 |
| 15591442 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 17 2023 06:38:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15597010 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 17 2023 06:38:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15591444 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 17 2023 06:38:00 | Citizens Bank, NA, 1 Citizens Plaza, Providence, RI 02903 |
| 15591446 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 17 2023 06:38:00 | Citiznsbnkna, 1000 Lafayette Blv, Bridgeport, CT 06604 |
| 15591435 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2023 06:31:20 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15591437 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 06:31:30 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15610130 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2023 04:56:16 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 15591440 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 05:13:50 | Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15591441 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 06:31:20 | CitiBank, NA, 701 East 60th St North, Sioux Falls, SD 57104-0432 |
| 15591443 | | Email/Text: pitbk@weltman.com | Oct 17 2023 06:38:00 | Citizens Bank, N.A., C/O Weltman, Weinberg & Reis Co., LPA, 436 7th Avenue, Ste. 2500, Pittsburgh, PA 15219-1842 |
| 15591445 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 17 2023 06:38:00 | Citizensbk, 1000 Lafayette Blvd, Bridgeport, CT 06604-4728 |
| 15591448 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2023 06:38:00 | Comenity Bank/Fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 15591449 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2023 06:38:00 | Comenitybk/Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15607093 | + | Email/Text: ebnjts@grblaw.com | Oct 17 2023 06:38:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15591453 | | Email/Text: mrdiscen@discover.com | Oct 17 2023 06:38:00 | Discover Bank, 6500 New Albany Road E, New Albany, OH 43045 |
| 15591451 | + | Email/Text: mrdiscen@discover.com | Oct 17 2023 06:38:00 | Discover, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 15591452 | + | Email/Text: mrdiscen@discover.com | Oct 17 2023 06:38:00 | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 15593428 | | Email/Text: mrdiscen@discover.com | Oct 17 2023 06:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15612742 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2023 06:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15597277 | + | Email/Text: RASEBN@raslg.com | Oct 17 2023 06:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, |

Case 23-20810-JAD  Doc 73  Filed 10/18/23  Entered 10/19/23 00:28:53  Desc Imaged
Certificate of Notice  Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 75 |

| ID | Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| 15591456 | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2023 06:38:00 | Suite 100, Boca Raton, FL 33487-2853<br>Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 15611356 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2023 05:13:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15591457 + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2023 06:39:00 | Midland Credit Management for Comenity Bank, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15608119 + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2023 06:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15591458 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 05:24:44 | Ntb/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15591460 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2023 06:38:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15612281 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2023 06:38:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15591459 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2023 06:38:00 | Pnc Bank, Po Box 8703, Dayton, OH 45401 |
| 15591463 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2023 04:57:54 | PORTFOLIO RECOVERY ASSOCIATES LLC, 120 CORPORATE BLVD, Norfolk, VA 23502 |
| 15611030 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2023 06:31:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15612377 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2023 05:11:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15599160 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2023 06:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15603207 + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2023 06:38:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15591461 + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2023 04:57:54 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 15591466 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 04:59:23 | Shop Your Way, PO Box 6276, Sioux Falls, SD 57117-6276 |
| 15591467 + | Email/Text: PFS.Analyst@stclair.org | Oct 17 2023 06:39:00 | St. Clair Hospital, 1000 Bower Hill Rd., Pittsburgh, PA 15243-1899 |
| 15591470 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 05:13:01 | Syncb/Amer, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15591472 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 04:59:14 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 15591473 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 06:31:20 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15591475 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 05:44:36 | Syncb/Oldn, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15591476 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 04:56:15 | Syncb/Sams, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15591477 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 06:31:20 | Syncb/Samsdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15612746 + | Email/Text: bankruptcy@bbandt.com | Oct 17 2023 06:38:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15591479 + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 17 2023 06:31:26 | Wf/Matfirm, Po Box 14517, Des Moines, IA |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 75 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15601808 | + Email/Text: ebnjts@grblaw.com Oct 17 2023 06:38:00 | 50306-3517 Woodland Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15591474 | | Syncb/Lowe |
| cr | *+ | Borough of Braddock, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| cr | *+ | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15591455 | ## | Glaucoma-Cataract Consultants, Inc, 1145 Bower Hill Rd., Pittsburgh, PA 15243-1347 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brocton G Skeen | on behalf of Joint Debtor Kenneth Richard Rogulski bskeen@theskeenfirm.com |
| Brocton G Skeen | on behalf of Debtor Karen Anne Green bskeen@theskeenfirm.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Braddock jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Peters Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 75 |

    jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Truist Bank ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12