IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| KAREN ANNE GREEN ) | Bankruptcy No. 23-20810-JAD |
| KENNETH RICHARD ROGULSKI, ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| TRUIST BANK, ) | |
| **Movant** ) | Related To Document No. 66 and 77 |
| ) | |
| v. ) | |
| ) | **Response Deadline:  10/26/23** |
| KAREN ANNE GREEN ) | |
| KENNETH RICHARD ROGULSKI, ) | **Hearing Date:  11/21/23 at 10:00 AM** |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, | |
| **Trustee** | |

### ORDER OF COURT

AND NOW, this ___16th___ day of __November__, 2023, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is WITHDRAWN, and the hearing scheduled for November 21, 2023 is CANCELLED.

_____sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
11/16/23 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20810-JAD |
| Karen Anne Green | Chapter 13 |
| Kenneth Richard Rogulski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Karen Anne Green, Kenneth Richard Rogulski, 114 Royalbrooke Drive, Venetia, PA 15367-1392 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023        Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brocton G Skeen | on behalf of Joint Debtor Kenneth Richard Rogulski bskeen@theskeenfirm.com |
| Brocton G Skeen | on behalf of Debtor Karen Anne Green bskeen@theskeenfirm.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

                on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
                on behalf of Creditor Borough of Braddock jhunt@grblaw.com

Jeffrey R. Hunt
                on behalf of Creditor Peters Township jhunt@grblaw.com

Keri P. Ebeck
                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

William E. Craig
                on behalf of Creditor Truist Bank ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
                on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13