# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

04/04/2024

IN RE:

| | |
|---|---|
| KAREN ANNE GREEN | Case No.23-20810 JAD |
| KENNETH RICHARD ROGULSKI | |
| 114 ROYALBROOKE DRIVE | Chapter 13 |
| VENETIA,  PA  15367 | |
| XXX-XX-9810          Debtor(s) | |
| XXX-XX-4733 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

4/4/2024

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  BRIDGECREST/PRAE | |

| | | |
|---|---|---|
| **TRUIST BANK** | Trustee Claim Number:3  INT %: 5.25% | CRED DESC:  VEHICLE |
| ATTN SUPPORT SERVICES | Court Claim Number:26 | ACCOUNT NO.:  4811 |
| PO BOX 85092 | | |
| | CLAIM:  6,162.56 | |
| RICHMOND, VA  23286 | COMMENT:  CL26GOV*NT PROV/PL*BB AND T | |

| | | |
|---|---|---|
| **CARVANA LLC** | Trustee Claim Number:4  INT %: 19.75% | CRED DESC:  VEHICLE |
| C/O BRIDGECREST CREDIT CO LLC | Court Claim Number:19 | ACCOUNT NO.:  6701 |
| BY AIS PORTFOLIO SVCS LLP | | |
| PO BOX 4138 | CLAIM:  2,329.97 | |
| HOUSTON, TX  77210 | COMMENT:  CL19GOV*NT PROV/PL | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:3-2 | ACCOUNT NO.:  7487 |
| | CLAIM:  0.00 | |
| JOHNSTON, RI  02919 | COMMENT:  PMT/CONF-NTC*DK4LMT*W/56*AMD | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:6  INT %: 8.50% | CRED DESC:  MORTGAGE PAID IN FULL |
| 3232 NEWMARK DR | Court Claim Number:23 | ACCOUNT NO.:  9706 |
| | CLAIM:  13,406.25 | |
| MIAMISBURG, OH  45342 | COMMENT:  $CL-PL@8.5%MDF/PL | |

| | | |
|---|---|---|
| **ALLTRAN FINANCIAL++** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 722910 | Court Claim Number: | ACCOUNT NO.:  4217 |
| | CLAIM:  0.00 | |
| HOUSTON, TX  77172-2910 | COMMENT:  CITIBANK/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA**** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| RETAIL PAYMENT SERVICES | Court Claim Number: | ACCOUNT NO.:  7409 |
| PO BOX 660933 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0933 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL MANAGEMENT SERVICES** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 698 1/2 SOUTH OGDEN ST | Court Claim Number: | ACCOUNT NO.:  2704 |
| | CLAIM:  0.00 | |
| BUFFALO, NY  14206 | COMMENT:  CREDIT CONTROL/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 1495 |
| PO BOX 41021 | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~CARE CREDIT/SCH | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.: 9454 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-2724 | COMMENT: ST CLAIR HSPTL/SCH | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:17 | ACCOUNT NO.: 5887 |
| | CLAIM: 4,142.82 | |
| WARREN, MI 48090 | COMMENT: CITIBANK/SYW | |

| | | |
|---|---|---|
| **CITIBANK\*\*** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.: 6809 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117-6214 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:22 | ACCOUNT NO.: 3659 |
| PO BOX 10587 | CLAIM: 2,064.74 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |

| | | |
|---|---|---|
| **CITIBANK\*\*** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.: 5201 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117-6214 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:16 | ACCOUNT NO.: 6454 |
| | CLAIM: 9,205.34 | |
| JOHNSTON, RI 02919 | COMMENT: | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:14 | ACCOUNT NO.: 2120 |
| | CLAIM: 12,681.13 | |
| JOHNSTON, RI 02919 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:15 | ACCOUNT NO.: 0692 |
| | CLAIM: 8,464.02 | |
| JOHNSTON, RI 02919 | COMMENT: | |

| | | |
|---|---|---|
| **CITIZENS BANK** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: 0692 |
| | CLAIM: 0.00 | |
| RIVERSIDE, RI 02915 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **CITIZENS BANK** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: 2892 |
| | CLAIM: 0.00 | |
| RIVERSIDE, RI 02915 | COMMENT: NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:4 | ACCOUNT NO.: 3344 |
| PO BOX 15368 | CLAIM: 16,259.19 | |
| WILMINGTON, DE 19850 | COMMENT: | |

| | | |
|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 9396 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~FASHBUG/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 0936 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~BON TON/SCH | |

| | | |
|---|---|---|
| **CREDIT CONTROL LLC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5757 PHANTOM DR STE 330 | Court Claim Number: | ACCOUNT NO.: 4461 |
| | CLAIM: 0.00 | |
| HAZELWOOD, MO 63042 | COMMENT: JPMORGAN CHASE/SCH | |

| | | |
|---|---|---|
| **CREDIT CONTROL LLC** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5757 PHANTOM DR STE 330 | Court Claim Number: | ACCOUNT NO.: 0952 |
| | CLAIM: 0.00 | |
| HAZELWOOD, MO 63042 | COMMENT: JPMORGAN/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.: 1720 |
| PO BOX 3025 | CLAIM: 13,497.66 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.: 4128 |
| PO BOX 3025 | CLAIM: 6,796.26 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.:  4053 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CHAPTER HOLDINGS FBO: GLAUCOMA-CATARA** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 748 | Court Claim Number:28 | ACCOUNT NO.:  4649 |
| | CLAIM:  538.74 | |
| TULLAHOMA, TN  37388 | COMMENT: | |

| | | |
|---|---|---|
| **KOHLS DEPARTMENT STORE** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number: | ACCOUNT NO.:  4411 |
| PO BOX 800849 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75380 | COMMENT:  NT ADR~NO$~CAP 1/SCH | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:18 | ACCOUNT NO.:  9067 |
| | CLAIM:  12,484.47 | |
| WARREN, MI  48090 | COMMENT:  COMENITY/LOFT | |

| | | |
|---|---|---|
| **CBNA** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6497 | Court Claim Number: | ACCOUNT NO.:  5326 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NO$~NTB/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:27 | ACCOUNT NO.:  4744 |
| | CLAIM:  12,716.45 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY/OLD NAVY*JUDGMENT | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:20 | ACCOUNT NO.:  8447 |
| | CLAIM:  6,366.78 | |
| NORFOLK, VA  23541 | COMMENT:  SYNC BANK/TJX | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:21 | ACCOUNT NO.:  5685 |
| | CLAIM:  5,826.73 | |
| NORFOLK, VA  23541 | COMMENT:  SYNC BANK/SAMS CLUB | |

| | | |
|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.:  3690 |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  NT ADR~SYNC BANK/SCH | |

| | | |
|---|---|---|
| **REVCO SOLUTIONS** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.:  8315 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216 | COMMENT:  SPARTAN HEALTH SRGRYCNTR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SHOP YOUR WAY** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6276 | Court Claim Number: | ACCOUNT NO.:  5887 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT: | |

| | | |
|---|---|---|
| **ST CLAIR HOSPITAL** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1000 BOWER HILL RD | Court Claim Number: | ACCOUNT NO.:  9581 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15243-0899 | COMMENT: | |

| | | |
|---|---|---|
| **SUSO 4 NORWIN LP** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 20 S CLARK ST STE 1400 | Court Claim Number:12 | ACCOUNT NO.:  4577 |
| | CLAIM:  321,221.92 | |
| CHICAGO, IL  60603 | COMMENT:  JUDGMENT*FOR BUSINESS LEASE | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~AMER/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~BANANA/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:25 | ACCOUNT NO.:  1495 |
| | CLAIM:  2,516.78 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3704309745*SYNCH/CARE CREDIT | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~JCP/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~LOWES/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~OLDN/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:50  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:24 | ACCOUNT NO.:  3690 |
| | CLAIM:  11,855.78 | |
| NORFOLK, VA  23541 | COMMENT:  NO$/SCH*SAMS CLUB*JUDGMENT | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~SAMS/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~WHTE/SCH | |

| | | |
|---|---|---|
| **WELLS FARGO** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 14487 - PMT PROCESSING | Court Claim Number: | ACCOUNT NO.:  7554 |
| | CLAIM:  0.00 | |
| DES MOINES, IA  50306 | COMMENT:  NT ADR~NO$~MATFIRM/SCH | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:5 | ACCOUNT NO.:  8793 |
| STRAWBERRY SQ | | |
| | CLAIM:  63.67 | |
| HARRISBURG, PA  17128 | COMMENT:  ...0151*8793/20151*CL5GOV*NT/SCH-PL*20-21 | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:5 | ACCOUNT NO.:  8793 |
| STRAWBERRY SQ | | |
| | CLAIM:  1,025.13 | |
| HARRISBURG, PA  17128 | COMMENT:  ...0151*NT/SCH*20-21 | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:56  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:3-2 | ACCOUNT NO.:  7487 |
| | CLAIM:  0.00 | |
| JOHNSTON, RI  02919 | COMMENT:  NO GEN UNS/SCH*W/5*AMD CL=0 | |

| | | |
|---|---|---|
| **KML LAW GROUP PC\*** | Trustee Claim Number:57  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK/PRAE | |

| | | |
|---|---|---|
| **WOODLAND HILLS SD (BRADDOCK)(RE)** | Trustee Claim Number:58  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC -DLNQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.:  S239 |
| 102 RAHWAY RD | | |
| | CLAIM:  510.27 | |
| MCMURRAY, PA  15317 | COMMENT:  236-S-239;22*CL6GOV*NT/SCH-PL*WNTS 10%*W/59 | |

| | | |
|---|---|---|
| **WOODLAND HILLS SD (BRADDOCK)(RE)** | Trustee Claim Number:59  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC -DLNQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.:  S239 |
| 102 RAHWAY RD | | |
| | CLAIM:  113.76 | |
| MCMURRAY, PA  15317 | COMMENT:  236-S-239;22*CL6GOV*NON%*NT/SCH-PL*W/58 | |

| | | |
|---|---|---|
| **WOODLAND HILLS SD (BRADDOCK)(RE)** | Trustee Claim Number:60  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC -DLNQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.:  6L95 |
| 102 RAHWAY RD | | |
| | CLAIM:  283.48 | |
| MCMURRAY, PA  15317 | COMMENT:  236-L-95;22*CL6GOV*NT/SCH-PL*WNTS 10%*W/61 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WOODLAND HILLS SD (BRADDOCK)(RE)** | Trustee Claim Number:61 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC -DLNQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.: 6L95 |
| 102 RAHWAY RD | | |
| | CLAIM: 66.13 | |
| MCMURRAY, PA 15317 | COMMENT: 236-L-95;22*CL6GOV*NON%*NT/SCH-PL*W/60 | |

| | | |
|---|---|---|
| **BRADDOCK BOROUGH (RE)** | Trustee Claim Number:62 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CURRENT YR | Court Claim Number:7 | ACCOUNT NO.: S239 |
| 102 RAHWAY RD | | |
| | CLAIM: 257.99 | |
| MCMURRAY, PA 15317 | COMMENT: 236-S-239;23*CL7GOV*NT/SCH-PL*WNTS 10%*W/63 | |

| | | |
|---|---|---|
| **BRADDOCK BOROUGH (RE)** | Trustee Claim Number:63 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CURRENT YR | Court Claim Number:7 | ACCOUNT NO.: S239 |
| 102 RAHWAY RD | | |
| | CLAIM: 25.80 | |
| MCMURRAY, PA 15317 | COMMENT: 236-S-239;23*CL7GOV*NON%*NT/SCH-PL*W/62 | |

| | | |
|---|---|---|
| **BRADDOCK BOROUGH (RE)** | Trustee Claim Number:64 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CURRENT YR | Court Claim Number:7 | ACCOUNT NO.: 6L95 |
| 102 RAHWAY RD | | |
| | CLAIM: 143.33 | |
| MCMURRAY, PA 15317 | COMMENT: 236-L-95;23*CL7GOV*NT/SCH-PL*WNTS 10%*W/65 | |

| | | |
|---|---|---|
| **BRADDOCK BOROUGH (RE)** | Trustee Claim Number:65 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CURRENT YR | Court Claim Number:7 | ACCOUNT NO.: 6L95 |
| 102 RAHWAY RD | | |
| | CLAIM: 14.33 | |
| MCMURRAY, PA 15317 | COMMENT: 236-L-95;23*CL7GOV*NON%*NT/SCH-PL*W/64 | |

| | | |
|---|---|---|
| **PETERS TOWNSHIP (TRASH)** | Trustee Claim Number:66 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ YR | Court Claim Number:8 | ACCOUNT NO.: 1300 |
| 102 RAHWAY RD | | |
| | CLAIM: 70.00 | |
| MCMURRAY, PA 15317 | COMMENT: 540-005-07-00-0013-00;THRU 4/14/23*CL8GOV*NT/SCH-PL*WNTS 10%*W/67 | |

| | | |
|---|---|---|
| **PETERS TOWNSHIP (TRASH)** | Trustee Claim Number:67 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ YR | Court Claim Number:8 | ACCOUNT NO.: 1300 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.88 | |
| MCMURRAY, PA 15317 | COMMENT: 540-005-07-00-0013-00;THRU 4/14/23*CL8GOV*NON%*NT/SCH-PL*W/66 | |

| | | |
|---|---|---|
| **PETERS TOWNSHIP (RE)** | Trustee Claim Number:68 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.: 1300 |
| 102 RAHWAY RD | | |
| | CLAIM: 542.98 | |
| MCMURRAY, PA 15317 | COMMENT: 540-005-07-00-0013-00;23*CL9GOV*NT/SCH-PL*WNTS 10%*W/69 | |

| | | |
|---|---|---|
| **PETERS TOWNSHIP (RE)** | Trustee Claim Number:69 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.: 1300 |
| 102 RAHWAY RD | | |
| | CLAIM: 54.30 | |
| MCMURRAY, PA 15317 | COMMENT: 540-005-07-00-0013-00;23*CL9GOV*NON%*NT/SCH-PL*W/68 | |

| | | |
|---|---|---|
| **WASHINGTON COUNTY TAX CLAIM BUREAU(*)** | Trustee Claim Number:70 INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| 95 WEST BEAU ST STE 525 | Court Claim Number:10 | ACCOUNT NO.: 1300 |
| | CLAIM: 5,566.63 | |
| WASHINGTON, PA 15301 | COMMENT: 540-005-07-00-0013-00;22*CL10GOV$5597.45*NT/SCH-PL*WNTS 9%*PIF/CR*DKT | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:71  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:11 | ACCOUNT NO.:  4215 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  984.39 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:72  INT %:  12.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:13 | ACCOUNT NO.:  S239 |
| POB 200 | | |
| | CLAIM:  89.40 | |
| BETHEL PARK, PA  15102 | COMMENT:  236-S-239;23*CL13GOV*NT/SCH-PL*WNTS 12%*W/73 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:73  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:13 | ACCOUNT NO.:  S239 |
| POB 200 | | |
| | CLAIM:  6.26 | |
| BETHEL PARK, PA  15102 | COMMENT:  236-S-239;23*NON%*CL13GOV*NT/SCH-PL*W/72 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:74  INT %:  12.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:13 | ACCOUNT NO.:  6L95 |
| POB 200 | | |
| | CLAIM:  49.66 | |
| BETHEL PARK, PA  15102 | COMMENT:  236-L-95;23*CL13GOV*NT/SCH-PL*WNTS 12%*W/75 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:75  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:13 | ACCOUNT NO.:  6L95 |
| POB 200 | | |
| | CLAIM:  3.47 | |
| BETHEL PARK, PA  15102 | COMMENT:  236-L-95:23*NON%*CL13GOV*NT/SCH-PL*W/74 | |