**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KAREN ANNE GREEN                                    Case No. 23-20810JAD
KENNETH RICHARD ROGULSKI

            Debtor(s)
RONDA J. WINNECOUR,                                 Chapter 13
Standing Chapter 13 Trustee,

            Movant                              Document No __
      vs.
PETERS TOWNSHIP (RE)

           Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS PAID TO PETERS TOWNSHIP WERE RETURNED BY THE TAX CLAIM BUREAU. ATTEMPTS TO ASCERTAIN INFORMATION HAVE NOT BEEN SUCCESSFUL. CLAIM HAS NOT BEEN AMENDED, WITHDRAWN OR MARKED SATISFIED.

PETERS TOWNSHIP (RE)                                Court claim# 9/Trustee CID# 68
C/O JORDAN TAX SVC-DELQ CLLCTR
102 RAHWAY RD
MCMURRAY, PA 15317

The Movant further certifies that on 04/10/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
KAREN ANNE GREEN, KENNETH RICHARD ROGULSKI, 114 ROYALBROOKE DRIVE, VENETIA, PA  15367

DEBTOR'S COUNSEL:
BROCTON G SKEEN ESQ, THE SKEEN FIRM PLLC, 6 S MAIN ST STE 210, WASHINGTON, PA  15301

ORIGINAL CREDITOR:
PETERS TOWNSHIP (RE), C/O JORDAN TAX SVC-DELQ CLLCTR, 102 RAHWAY RD MCMURRAY, PA  15317

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219

:
WASHINGTON COUNTY TAX CLAIM BUREAU(*), 95 WEST BEAU ST STE 525, WASHINGTON, PA  15301

NEW CREDITOR: