**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KAREN ANNE GREEN<br>KENNETH RICHARD ROGULSKI<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:23-20810 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 04/14/2023  and confirmed on 06/08/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,460.12 |
| Less Refunds to Debtor | 26.09 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,434.03 |
| | | |
| Administrative Fees | | |
| 　　Filing Fee | 0.00 | |
| 　　Notice Fee | 0.00 | |
| 　　Attorney Fee | 699.93 | |
| 　　Trustee Fee | 4,361.90 | |
| 　　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,061.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　CITIZENS BANK NA | 0.00 | 13,127.97 | 0.00 | 13,127.97 |
| 　　Acct: 7487 | | | | |
| 　WOODLAND HILLS SD (BRADDOCK)(RE) | 510.27 | 510.27 | 24.06 | 534.33 |
| 　　Acct: S239 | | | | |
| 　WOODLAND HILLS SD (BRADDOCK)(RE) | 113.76 | 113.76 | 0.00 | 113.76 |
| 　　Acct: S239 | | | | |
| 　WOODLAND HILLS SD (BRADDOCK)(RE) | 283.48 | 283.48 | 13.36 | 296.84 |
| 　　Acct: 6L95 | | | | |
| 　WOODLAND HILLS SD (BRADDOCK)(RE) | 66.13 | 66.13 | 0.00 | 66.13 |
| 　　Acct: 6L95 | | | | |
| 　BRADDOCK BOROUGH (RE) | 257.99 | 257.99 | 13.28 | 271.27 |
| 　　Acct: S239 | | | | |
| 　BRADDOCK BOROUGH (RE) | 25.80 | 25.80 | 0.00 | 25.80 |
| 　　Acct: S239 | | | | |
| 　BRADDOCK BOROUGH (RE) | 143.33 | 143.33 | 7.37 | 150.70 |
| 　　Acct: 6L95 | | | | |
| 　BRADDOCK BOROUGH (RE) | 14.33 | 14.33 | 0.00 | 14.33 |
| 　　Acct: 6L95 | | | | |

| 23-20810 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| PETERS TOWNSHIP (TRASH) | 70.00 | 70.00 | 3.34 | 73.34 |
| Acct: 1300 | | | | |
| PETERS TOWNSHIP (TRASH) | 0.88 | 0.88 | 0.00 | 0.88 |
| Acct: 1300 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 542.98 | 542.98 | 30.00 | 572.98 |
| Acct: 1300 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 54.30 | 54.30 | 0.00 | 54.30 |
| Acct: 1300 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 5,566.63 | 5,566.63 | 229.94 | 5,796.57 |
| Acct: 1300 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 89.40 | 89.40 | 8.90 | 98.30 |
| Acct: S239 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 6.26 | 6.26 | 0.00 | 6.26 |
| Acct: S239 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 49.66 | 49.66 | 5.00 | 54.66 |
| Acct: 6L95 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 3.47 | 3.47 | 0.00 | 3.47 |
| Acct: 6L95 | | | | |
| TRUIST BANK | 6,162.56 | 6,162.56 | 262.63 | 6,425.19 |
| Acct: 4811 | | | | |
| CARVANA LLC | 2,329.97 | 2,329.97 | 389.83 | 2,719.80 |
| Acct: 6701 | | | | |
| PNC BANK NA | 13,406.25 | 5,119.44 | 1,532.99 | 6,652.43 |
| Acct: 9706 | | | | |
| | | | | 37,059.31 |
| **Priority** | | | | |
| BROCTON G SKEEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KAREN ANNE GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KAREN ANNE GREEN | 26.09 | 26.09 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCTON G SKEEN ESQ | 2,000.00 | 699.93 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCTON G SKEEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 63.67 | 63.67 | 0.00 | 63.67 |
| Acct: 8793 | | | | |
| | | | | 63.67 |
| **Unsecured** | | | | |
| ALLTRAN FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4217 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7409 | | | | |
| CAPITAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2704 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1495 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9454 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,142.82 | 288.77 | 0.00 | 288.77 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5887 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6809 | | | | |
| LVNV FUNDING LLC | 2,064.74 | 143.91 | 0.00 | 143.91 |
| Acct: 3659 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5201 | | | | |
| CITIZENS BANK NA | 9,205.34 | 641.60 | 0.00 | 641.60 |
| Acct: 6454 | | | | |
| CITIZENS BANK NA | 12,681.13 | 883.91 | 0.00 | 883.91 |
| Acct: 2120 | | | | |
| RESURGENT RECEIVABLES LLC | 8,464.02 | 589.93 | 0.00 | 589.93 |
| Acct: 0692 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0692 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2892 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 16,259.19 | 1,133.24 | 0.00 | 1,133.24 |
| Acct: 3344 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9396 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0936 | | | | |
| CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4461 | | | | |
| CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0952 | | | | |
| DISCOVER BANK(*) | 13,497.66 | 940.76 | 0.00 | 940.76 |
| Acct: 1720 | | | | |
| DISCOVER BANK(*) | 6,796.26 | 473.70 | 0.00 | 473.70 |
| Acct: 4128 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4053 | | | | |
| CHAPTER HOLDINGS FBO: GLAUCOMA-C | 538.74 | 37.55 | 0.00 | 37.55 |
| Acct: 4649 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4411 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 12,484.47 | 870.14 | 0.00 | 870.14 |
| Acct: 9067 | | | | |
| CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5326 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 12,716.45 | 886.32 | 0.00 | 886.32 |
| Acct: 4744 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,366.78 | 443.76 | 0.00 | 443.76 |
| Acct: 8447 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,826.73 | 406.12 | 0.00 | 406.12 |
| Acct: 5685 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3690 | | | | |
| REVCO SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8315 | | | | |
| SHOP YOUR WAY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5887 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9581 | | | | |
| SUSO 4 NORWIN LP | 321,221.92 | 22,388.77 | 0.00 | 22,388.77 |
| Acct: 4577 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 23-20810 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,516.78 | 175.42 | 0.00 | 175.42 |
| Acct: 1495 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 11,855.78 | 826.33 | 0.00 | 826.33 |
| Acct: 3690 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7554 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,025.13 | 60.70 | 0.00 | 60.70 |
| Acct: 8793 | | | | |
| CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7487 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 984.39 | 58.29 | 0.00 | 58.29 |
| Acct: 4215 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 31,249.22 |

TOTAL PAID TO CREDITORS                                                           68,372.20

TOTAL CLAIMED
PRIORITY              63.67
SECURED         29,697.45
UNSECURED      448.648.33

Date: 02/11/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com